OPINION — AG — SENATE JOINT RESOLUTION NO. 24 DOES NOT APPLY TO FINES COLLECTED OR BAILS FORFEITED FOR VIOLATIONS OF THE MOTOR VEHICLE CODE OF THE STATE OR CITY ORDINANCES RELATING TO THE OPERATION OF MOTOR VEHICLES IF THESE ACTS WERE DONE BEFORE THE EFFECTIVE DATE OF SAID RESOLUTION, NOTWITHSTANDING THE FACT THAT PROCEEDS WERE TRANSMITTED TO THE COUNTY TREASURER AFTER THE EFFECTIVE DATE. CITE: OPINION NO. 63-300 (CHARLES OWENS)